UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: THE JANI-STORE, INC. § Case No. 06-05500
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/02/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/02/2011         By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: THE JANI-STORE, INC. § | Case No. 06-05500 |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,882.56 |
| *and approved disbursements of* | $ 3,474.15 |
| *leaving a balance on hand of* [1] | $ 16,408.41 |
| **Balance on hand:** | $ 16,408.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,408.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,738.24 | 0.00 | 2,738.24 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 200.94 | 0.00 | 200.94 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 6,737.50 | 0.00 | 6,737.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,676.68 |
| Remaining balance: | $ 6,731.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,731.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,731.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,393.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pitt Plastics, Inc | 6,596.37 | 0.00 | 898.98 |
| 2 | Thoro-Matic Incorporated | 1,928.27 | 0.00 | 262.79 |
| 4 | American Express Bank FSB | 26,869.01 | 0.00 | 3,661.84 |
| NA | J.F. DALEY INTERNATIONAL, LTD. | 3,500.00 | 0.00 | 477.00 |
| NA | ARCH LOGISTICS, LLC | 3,000.00 | 0.00 | 408.85 |
| NA | WILLIAM VASHEY | 7,500.00 | 0.00 | 1,022.14 |

Total to be paid for timely general unsecured claims: $ 6,731.60
Remaining balance: $ 0.13

**UST Form 101-7-NFR (10/1/2010)**

Case 06-05500   Doc 52   Filed 08/03/11   Entered 08/05/11 23:20:55   Desc Imaged
Certificate of Service   Page 5 of 7

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:                                     $     0.13

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $     0.00
Remaining balance:                          $     0.13

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
The Jani-Store, Inc  
    Debtor

Case No. 06-05500-JHS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: arodarte    Page 1 of 2    Date Rcvd: Aug 03, 2011  
                     Form ID: pdf006    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2011.

```
db          +The Jani-Store, Inc,    29 W 151 North Avenue,    West Chicago, IL 60185-1477
aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
              Building 2, Suite 104,    Glen Ellyn, IL 60137-5919
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Joseph H King,    7815 Woodridge Drive,    Woodridge, IL 60517-3402
aty         +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10734658    +Alarm Detection Systems, Inc.,    1111 Church Road,    Aurora, Illinois 60505-1905
10734652     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10734647    +Elgin Paper Company,    1025 N. McLean Boulevard,    Elgin, Illinois 60123-1794
11169487   ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court:  Harris NA,    c/o Bill Mustafa,    111 W Monroe Street,
              Chicago, IL 60603)
10734649    +Harris Bank,    503 N. Washington Street,    Naperville, Illinois 60563-3188,
              Loan Number:  72-1484
10734659     Inlander Brothers, Inc.,    7701 South Claremont Avenue,    Chicago, Illinois 60620-5889
10734645    +Joseph H. King, Jr.,    Attorney at Law,    7815 Woodridge Drive,    Woodridge, Illinois 60517-3402
10734656     LaGasse, Inc.,    1524 Kuebel,    New Orleans, Louisiana 70123,    Manufacturers’ News, Inc.,
              1633 Central Street,    Evanston, Illinois 60201-1569
10734660    +Pitt Plastics, Inc,    PO Box 356,    1400 Atkinson Avenue,    Pittsburg, Kansas 66762-8564
10734655     Royal Appliance Mfg. Co.,    P.O. Box 634414,    Cincinnati, Ohio 45263-4414
10734651    +Suburban Janitorial Sales, Inc.,    29W151 North Avenue,    West Chicago, Illinois 60185-1477
10734644    +The Jani-Store, Inc.,    29W151 North Avenue,    West Chicago, Illinois 60185-1477
10734654    +The Vac Shop North, Inc.,    7514 West Belmont Avenue,    Chicago, Illinois 60634-3316
10734648     Thoro-Matic Incorporated,    2580 South Route 45-52,    Kankakee, Illinois 60901
10734661    +Tidy International,    204 Poplar Place,    North Aurora, Illinois 60542-1407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
10734653    +E-mail/Text: legalcollections@comed.com Aug 04 2011 00:39:15     Commonwealth Edison,
              Bill Payment Center,    Chicago, Illinois 60668-0001
10734657     E-mail/Text: CustomerNoticesEast@dexknows.com Aug 04 2011 00:39:41     R.H. Donnelley,
              8519 Innovation Way,    Chicago, Illinois 60682-0085
                                                                                             TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10734646   ##+Daley International, LTD., J.F.,    5301 South Cicero Avenue, Suite 209,
              Chicago, Illinois 60632-4965
10734650   ##+William Vashey,    652 Hillview Court,    West Chicago, Illinois 60185-2988
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte            Page 2 of 2              Date Rcvd: Aug 03, 2011
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**                    **Signature:**    *Joseph Speetjens*