**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: THE JANI-STORE, INC.    § Case No. 06-05500
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $84,500.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,231.85      Claims Discharged
                                                Without Payment: $42,661.80

Total Expenses of Administration: $10,650.83

---

　　　　3) Total gross receipts of $ 19,882.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,882.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $21,183.92 | $2,500.00 | $2,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,650.83 | 10,650.83 | 10,650.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 49,393.65 | 49,393.65 | 6,731.85 |
| **TOTAL DISBURSEMENTS** | $0.00 | $81,228.40 | $62,544.48 | $19,882.68 |

4) This case was originally filed under Chapter 7 on May 15, 2006. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2012        By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNLIQUIDATED CLAIM AGAINST WILLIAM VASHEY | 1141-000 | 7,500.00 |
| 1996 CHEVROLET G30 TRUCK | 1129-000 | 2,250.00 |
| OFFICE EQUIPMENT | 1129-000 | 700.00 |
| MACHINERY ETC. | 1129-000 | 1,500.00 |
| INVENTORY | 1229-000 | 1,300.00 |
| REFUND | 1290-000 | 80.12 |
| POSSIBLE PREFERENCES | 1241-000 | 6,500.00 |
| Interest Income | 1270-000 | 52.56 |
| **TOTAL GROSS RECEIPTS** | | **$19,882.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Harris NA | 4220-000 | N/A | 18,683.92 | 0.00 | 0.00 |
|  | HARRIS BANK | 4210-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $21,183.92 | $2,500.00 | $2,500.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 2,738.24 | 2,738.24 | 2,738.24 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 200.94 | 200.94 | 200.94 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 6,737.50 | 6,737.50 | 6,737.50 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 306.45 | 306.45 | 306.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.57 | 2.57 | 2.57 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.66 | 2.66 | 2.66 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| EXPRESS ONE - CHICAGO | 2990-000 | N/A | 19.22 | 19.22 | 19.22 |
| PROPERTY INSIGHT | 2990-000 | N/A | 60.00 | 60.00 | 60.00 |
| PROPERTY INSIGHT | 2990-000 | N/A | 30.00 | 30.00 | 30.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.71 | 13.71 | 13.71 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.64 | 13.64 | 13.64 |
| UPS | 2990-000 | N/A | 15.08 | 15.08 | 15.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.82 | 10.82 | 10.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,650.83 | 10,650.83 | 10,650.83 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pitt Plastics, Inc | 7100-000 | N/A | 6,596.37 | 6,596.37 | 899.03 |
| 2 | CLERK, U.S. BANKRUPTCY COURT - Thoro-Matic Incorporated | 7100-001 | N/A | 1,928.27 | 1,928.27 | 262.80 |
| 4 | American Express Bank FSB | 7100-000 | N/A | 26,869.01 | 26,869.01 | 3,661.97 |
| NA | CLERK, U.S. BANKRUPTCY COURT - J.F. DALEY INTERNATIONAL, | 7100-001 | N/A | 3,500.00 | 3,500.00 | 477.01 |
| NA | ARCH LOGISTICS, LLC | 7100-000 | N/A | 3,000.00 | 3,000.00 | 408.87 |
| NA | CLERK, U.S. BANKRUPTCY COURT - WILLIAM VASHEY | 7100-001 | N/A | 7,500.00 | 7,500.00 | 1,022.17 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 49,393.65 | 49,393.65 | 6,731.85 |

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-05500  
**Case Name:** THE JANI-STORE, INC.  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 05/15/06 (f)  
**§341(a) Meeting Date:** 06/20/06  

**Period Ending:** 01/12/12  

**Claims Bar Date:** 03/13/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT<br>  per order of 7/06 - Harris Bank to set off funds against secured debt | 5,494.03 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 51,000.00 | 51,000.00 | DA | 0.00 | FA |
| 3 | UNLIQUIDATED CLAIM AGAINST WILLIAM VASHEY | 90,000.00 | 90,000.00 | | 7,500.00 | FA |
| 4 | 1996 CHEVROLET G30 TRUCK | 1,750.00 | 1,750.00 | | 2,250.00 | FA |
| 5 | 2001 FORD CARGO VAN | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 6 | OFFICE EQUIPMENT | 700.00 | 700.00 | | 700.00 | FA |
| 7 | MACHINERY ETC. | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 8 | INVENTORY (u) | 1,300.00 | 1,300.00 | | 1,300.00 | FA |
| 9 | REFUND (u) | 50.10 | 50.10 | | 80.12 | FA |
| 10 | POSSIBLE PREFERENCES (u) | 30,000.00 | 30,000.00 | OA | 6,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 52.56 | FA |
| 11 | Assets   Totals (Excluding unknown values) | **$185,294.13** | **$179,800.10** | | **$19,882.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

2004 EXAMS AND TURNOVER OF DOCUMENTS PENDING; LIKELY AVOIDANCE ACTION VS. VIASHEY; ADVERSARY FOR AVOIDANCES PENDING; TRIAL LATE 2008; DEFAULT JUDGMENT ENTERED ENTERED RAMIREZ (ADVERSARY NO. 08A 285) $40,000; INVESTIGATING POTENTIAL COLLECTION OF JUDGMENT; MEMORANDUM OF JUDGMENT FILED; CITATION TO DISCOVER ASSETS TO BE ISSUED TO RAMIREZ; CLAIM AS TO RAMIREZ ABANDONED; HE FILED CHAPTER 7 OF HIS OWN; WAITING FOR FINAL TAX RETURNS

12/5/11 PAID UNCLAIMED FUNDS TO CLERK; AWAITING CLEARANCE OF SAME TO FILE TDR AND CLOSE CASE

**Initial Projected Date Of Final Report (TFR):** December 30, 2007    **Current Projected Date Of Final Report (TFR):** August 2, 2011 (Actual)

Printed: 01/12/2012 01:48 PM    V.12.57

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-05500 | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | THE JANI-STORE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | **-***9014 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/10/06 | | TIDY INTERNATIONAL, INC. | PURCHASE OF ASSETS | | 3,500.00 | | 3,500.00 |
| | {6} | | 700.00 | 1129-000 | | | 3,500.00 |
| | {7} | | 1,500.00 | 1129-000 | | | 3,500.00 |
| | {8} | | 1,300.00 | 1229-000 | | | 3,500.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.45 | | 3,501.45 |
| 11/20/06 | {4} | AMERICAN AUCTION ASSOCAITES, INC. | SALE OF VEHICLE | 1129-000 | 2,250.00 | | 5,751.45 |
| 11/21/06 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES DUE TO AUCTIONEER | 3620-000 | | 306.45 | 5,445.00 |
| 11/22/06 | 1002 | HARRIS BANK | PAYMENT OF SECURED CLAIM | 4210-000 | | 2,500.00 | 2,945.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.58 | | 2,947.58 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.87 | | 2,949.45 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.96 | | 2,951.41 |
| 02/12/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-05500, BOND#  016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 2.57 | 2,948.84 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.47 | | 2,950.31 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.57 | | 2,951.88 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.62 | | 2,953.50 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.62 | | 2,955.12 |
| 06/18/07 | {9} | AT&T | A/R | 1290-000 | 50.10 | | 3,005.22 |
| 06/22/07 | {9} | AT&T | REFUND | 1290-000 | 30.02 | | 3,035.24 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.53 | | 3,036.77 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.72 | | 3,038.49 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.67 | | 3,040.16 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.51 | | 3,041.67 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.78 | | 3,043.45 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.58 | | 3,045.03 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.55 | | 3,046.58 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 1.39 | | 3,047.97 |
| 02/11/08 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-05500, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 2.66 | 3,045.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.62 | | 3,045.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.57 | | 3,046.50 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.42 | | 3,046.92 |
| | | | Subtotals : | | $5,858.60 | $2,811.68 | |

{} Asset reference(s)

Printed: 01/12/2012 01:48 PM    V.12.57

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-05500  
**Case Name:** THE JANI-STORE, INC.  

**Taxpayer ID #:** **-***9014  
**Period Ending:** 01/12/12  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****44-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 1005 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 2,796.92 |
| 05/15/08 | 1006 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 2,546.92 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 2,547.29 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.32 | | 2,547.61 |
| 07/01/08 | {10} | BUNZL MID CENTRAL REGION | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 5,547.61 |
| 07/31/08 | {3} | WILLIAM VASHEY | SETTLEMENT OF ADVERSARY PROCEEDING 08A 269 | 1141-000 | 7,500.00 | | 13,047.61 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 13,048.29 |
| 08/26/08 | 1007 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY FEES | 2990-000 | | 19.22 | 13,029.07 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.42 | | 13,030.49 |
| 09/11/08 | {10} | JF DALEY INTERNATIONAL LTD | SETTLEMENT OF ADVERSARY | 1241-000 | 3,500.00 | | 16,530.49 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.93 | | 16,532.42 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.80 | | 16,534.22 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.35 | | 16,535.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 16,536.71 |
| 01/26/09 | 1008 | PROPERTY INSIGHT | TRACT SEARCH FEE | 2990-000 | | 60.00 | 16,476.71 |
| 01/29/09 | 1009 | PROPERTY INSIGHT | JUDGMENT SEARCH | 2990-000 | | 30.00 | 16,446.71 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,447.38 |
| 02/05/09 | 1010 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #06B-05500, BOND#016026455 | 2300-000 | | 13.71 | 16,433.67 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 16,434.29 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 16,435.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,435.67 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 16,436.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 16,437.02 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,437.71 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,438.40 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,439.07 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,439.74 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,440.43 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,441.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 16,441.76 |
| 02/05/10 | 1011 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #06-05500, BOND#016026455 | 2300-000 | | 13.64 | 16,428.12 |

Subtotals : $14,017.77  $636.57

{} Asset reference(s)

Printed: 01/12/2012 01:48 PM  V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 06-05500  
**Case Name:** THE JANI-STORE, INC.  
**Taxpayer ID #:** **-***9014  
**Period Ending:** 01/12/12

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****44-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 16,428.74 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.73 | | 16,429.47 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 16,429.58 |
| 04/06/10 | | Wire out to BNYM account 9200******4465 | Wire out to BNYM account 9200******4465 | 9999-000 | -16,429.58 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,448.25 | 3,448.25 | $0.00 |
| Less: Bank Transfers | -16,429.58 | 0.00 | |
| **Subtotal** | 19,877.83 | 3,448.25 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$19,877.83** | **$3,448.25** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 06-05500 | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** | THE JANI-STORE, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****44-66 - Checking Account |
| **Taxpayer ID #:** | **-***9014 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/12/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-05500 | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | THE JANI-STORE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******44-65 - Money Market Account |
| Taxpayer ID #: | **-***9014 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4465 | Wire in from JPMorgan Chase Bank, N.A. account ********4465 | 9999-000 | 16,429.58 | | 16,429.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.56 | | 16,430.14 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.70 | | 16,430.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.67 | | 16,431.51 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.70 | | 16,432.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.69 | | 16,432.90 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,433.03 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,433.16 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,433.29 |
| 12/06/10 | 11012 | UPS | OVERNIGHT DELIVERY FEE/INV 0000FA7336480 | 2990-000 | | 15.08 | 16,418.21 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,418.34 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,418.47 |
| 02/15/11 | 11013 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #06-05500, Bond#016026455 | 2300-000 | | 10.82 | 16,407.65 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 16,407.77 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,407.90 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 16,407.98 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 16,408.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,408.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,408.28 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,408.41 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.12 | | 16,408.53 |
| 08/29/11 | | To Account #9200******4466 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 16,408.53 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,434.43 | 16,434.43 | $0.00 |
| | | | Less: Bank Transfers | | 16,429.58 | 16,408.53 | |
| | | | Subtotal | | 4.85 | 25.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4.85 | $25.90 | |

{} Asset reference(s)

Printed: 01/12/2012 01:48 PM    V.12.57

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 06-05500  
**Case Name:** THE JANI-STORE, INC.  

**Taxpayer ID #:** **-***9014  
**Period Ending:** 01/12/12  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/29/11 | | From Account #9200******4465 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 16,408.53 | | 16,408.53 |
| 09/02/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $2,738.24, Trustee Compensation; Reference: | 2100-000 | | 2,738.24 | 13,670.29 |
| 09/02/11 | 10102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $200.94, Trustee Expenses; Reference: | 2200-000 | | 200.94 | 13,469.35 |
| 09/02/11 | 10103 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $6,737.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,737.50 | 6,731.85 |
| 09/02/11 | 10104 | Pitt Plastics, Inc | Dividend paid 13.62% on $6,596.37; Claim# 1; Filed: $6,596.37; Reference: | 7100-000 | | 899.03 | 5,832.82 |
| 09/02/11 | 10105 | Thoro-Matic Incorporated | Dividend paid 13.62% on $1,928.27; Claim# 2; Filed: $1,928.27; Reference: Stopped on 12/05/11 | 7100-000 | | 262.80 | 5,570.02 |
| 09/02/11 | 10106 | American Express Bank FSB | Dividend paid 13.62% on $26,869.01; Claim# 4; Filed: $26,869.01; Reference: | 7100-000 | | 3,661.97 | 1,908.05 |
| 09/02/11 | 10107 | WILLIAM VASHEY | Dividend paid 13.62% on $7,500.00; Claim# NA; Filed: $7,500.00; Reference: Voided on 10/06/11 | 7100-000 | | 1,022.17 | 885.88 |
| 09/02/11 | 10108 | ARCH LOGISTICS, LLC | Dividend paid 13.62% on $3,000.00; Claim# NA; Filed: $3,000.00; Reference: | 7100-000 | | 408.87 | 477.01 |
| 09/02/11 | 10109 | J.F. DALEY INTERNATIONAL, LTD. | Dividend paid 13.62% on $3,500.00; Claim# NA; Filed: $3,500.00; Reference: Voided on 09/13/11 | 7100-000 | | 477.01 | 0.00 |
| 09/13/11 | 10109 | J.F. DALEY INTERNATIONAL, LTD. | Dividend paid 13.62% on $3,500.00; Claim# NA; Filed: $3,500.00; Reference: Voided: check issued on 09/02/11 | 7100-000 | | -477.01 | 477.01 |
| 10/06/11 | 10107 | WILLIAM VASHEY | Dividend paid 13.62% on $7,500.00; Claim# NA; Filed: $7,500.00; Reference: Voided: check issued on 09/02/11 | 7100-000 | | -1,022.17 | 1,499.18 |
| 12/05/11 | 10105 | Thoro-Matic Incorporated | Dividend paid 13.62% on $1,928.27; Claim# 2; Filed: $1,928.27; Reference: Stopped: check issued on 09/02/11 | 7100-000 | | -262.80 | 1,761.98 |
| 12/05/11 | 10110 | CLERK, U.S. BANKRUPTCY COURT | unclaimed funds | | | 1,761.98 | 0.00 |
| | | | | 477.01 | 7100-001 | | 0.00 |
| | | | | 1,022.17 | 7100-001 | | 0.00 |
| | | | | 262.80 | 7100-001 | | 0.00 |

Subtotals : $16,408.53    $16,408.53

{} Asset reference(s)                                                                 Printed: 01/12/2012 01:48 PM    V.12.57

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-05500 | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| **Case Name:** | THE JANI-STORE, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******44-66 - Checking Account |
| **Taxpayer ID #:** | **-***9014 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/12/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **16,408.53** | **16,408.53** | **$0.00** |
| | | | Less: Bank Transfers | | 16,408.53 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **16,408.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,408.53** | |

Net Receipts : 19,882.68

Net Estate : $19,882.68

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****44-65** | 19,877.83 | 3,448.25 | 0.00 |
| **Checking # ***-*****44-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******44-65** | 4.85 | 25.90 | 0.00 |
| **Checking # 9200-******44-66** | 0.00 | 16,408.53 | 0.00 |
| | $19,882.68 | $19,882.68 | $0.00 |

{} Asset reference(s)

Printed: 01/12/2012 01:48 PM V.12.57